Marcelino Mejia MACARIO, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 10–2516.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 6, 2010.

Filed: Dec. 9, 2010.

Marcelino Mejia Macario, Grand Island, NE, pro se.

Karen Yolanda Drummond, Richard M. Evans, Stefanie N. Hennes, Sabatino F. Leo, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Guatemalan citizen Marcelino Mejia Macario petitions for review of an order of the Board of Immigration Appeals denying him asylum, withholding of removal, and relief under the Convention Against Torture. We conclude that the decision was supported by substantial evidence on the record as a whole. *See Khrystotodorov v. Mukasey,* 551 F.3d 775, 781, 783 (8th Cir. 2008) (standard of review); *Ming Ming Wijono v. Gonzales,* 439 F.3d 868, 872 (8th Cir.2006) (requirement of nexus between acts of persecution and protected ground). Accordingly, we deny the petition for review.